**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK
TELEPHONE (334) 954-3600

February 5, 2020

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Calhoun v. Wal-Mart Stores East, L.P.
Civil Action No. 1:19-cv-00828-SRW

The above-styled case has been reassigned to Judge Andrew L. Brasher.

Please note that the case number is now **1:19-cv-00828-ALB*.*** The new case number should be used on all future correspondence and pleadings.